**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Colby, Daniel H.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Colby, Mary D.** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-3997** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): **xxx-xx-4880** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**509 Landmeier Rd.**<br>**Elk Grove Village, IL 60007** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**509 Landmeier Rd.**<br>**Elk Grove Village, IL 60007** |
| County of Residence or of the<br>Principal Place of Business: **Cook** | County of Residence or of the<br>Principal Place of Business: **Cook** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)    ☐ Railroad<br>☐ Corporation    ☐ Stockbroker<br>☐ Partnership    ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ☐ Chapter 7    ☐ Chapter 11    ■ Chapter 13<br>☐ Chapter 9    ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ■ Consumer/Non-Business    ☐ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

| **Chapter 11 Small Business** (Check all boxes that apply) | |
|---|---|
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)           THIS SPACE IS FOR COURT USE ONLY
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | **Colby, Daniel H.** **Colby, Mary D.** | |

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    **/s/ Daniel H. Colby**
Signature of Debtor **Daniel H. Colby**

X    **/s/ Mary D. Colby**
Signature of Joint Debtor **Mary D. Colby**

_____
Telephone Number (If not represented by attorney)

**October 15, 2005**
Date

### Signature of Attorney

X    **/s/ JOSEPH E. COHEN**
Signature of Attorney for Debtor(s)

**JOSEPH E. COHEN 3123243**
Printed Name of Attorney for Debtor(s)

**COHEN & KROL**
Firm Name

**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
Address

**312-368-0300**
Telephone Number

**October 15, 2005**
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X    _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X   **/s/ JOSEPH E. COHEN**          **October 15, 2005**
Signature of Attorney for Debtor(s)          Date
**JOSEPH E. COHEN**

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C. § 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X   _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form B6D
(12/03)

In re  **Daniel H. Colby,**
**Mary D. Colby**

Case No. _____

_____,
Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**INTERNAL REVENUE SERVICE** <br>**ACS Support - Stop 813G** <br>**P.O. Box 145566** <br>**Cincinnati, OH 45250** | | J | **Tax lien** <br><br>**Debtor's residence** <br><br><br>Value $          **450,000.00** | | | | **42,000.00** | **0.00** |
| Account No. **xxxxxx8500** <br><br>**LITTON LOAN SERVICING LP** <br>**4828 Loop Central Dr.** <br>**Houston, TX 77081** | | J | **First Mortgage** <br><br>**509 Landmeier Rd., Elk Grove Village, IL 60007** <br><br>Value $          **450,000.00** | | | | **355,285.00** | **0.00** |
| Account No. <br><br>**LITTON LOAN SERVICING LP** <br>**4828 Loop Central Dr.** <br>**Houston, TX 77081** | | J | **Arrearage on first mortgage** <br><br>**509 Landmeier Rd., Elk Grove Village, IL** <br><br>Value $          **450,000.00** | | | | **15,521.91** | **0.00** |
| Account No. <br><br><br><br> | | | <br><br><br>Value $ | | | | | |

____0____ continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br>(Total of this page) | **412,806.91** | |
| Total <br>(Report on Summary of Schedules) | **412,806.91** | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6E
(04/05)

In re   **Daniel H. Colby,**                                                      Case No. _____
        **Mary D. Colby**

_____ ,
                              Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

■ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6E - Cont.
(04/05)

In re    **Daniel H. Colby,**                                                    Case No. _____
         **Mary D. Colby**
_____ ,
                                                    Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units
_____
TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T T E D E D | D I S P U T E D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xx-xx-xxx-xxx-0000**<br><br>**COOK COUNTY TREASURER**<br>**118 N. Clark St.**<br>**Suite 112**<br>**Chicago, IL 60602** | | J | **2004**<br><br>**Real estate taxes** | | | | 5,590.65 | 5,590.65 |
| Account No.<br><br>**ILL. DEPT. OF REVENUE**<br>**101 W. Jefferson Sr.**<br>**P.O. Box 19015**<br>**Springfield, IL 62794** | | J | **2001, 2003, 2004**<br><br>**Income taxes** | | | X | 6,144.44 | 6,144.44 |
| Account No.<br><br>**INTERNAL REVENUE SERVICE**<br>**ACS Support - Stop 813G**<br>**P.O. Box 145566**<br>**Cincinnati, OH 45250** | | J | **2004**<br><br>**Income taxes** | | | | 9,951.00 | 9,951.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)  |  21,686.09

Total
(Report on Summary of Schedules)  |  21,686.09

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

Form B6F
(12/03)

In re    **Daniel H. Colby,**                                          Case No. _____
         **Mary D. Colby**

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Medical | | | | |
| **ADVOCATE LUTHERAN GENERAL HOSP.** 1775 Dempster St. Park Ridge, IL 60068 | J | | | | | | | 524.64 |
| Account No. | | | | Medical | | | | |
| **ADVOCATE MEDICAL GROUP** P.O. Box 92523 Chicago, IL 60675 | J | | | | | | | 514.38 |
| Account No. | | | | Medical | | | | |
| **ALEXIAN BROTHERS** 800 Biesterfield Rd. Elk Grove Village, IL 60007 | J | | | | | | | 56,372.97 |
| Account No. | | | | | | | | |
| **ARMOR SYSTEMS CORP** 2322 N. Greenbay Rd. Waukegan, IL 60087 | H | | | | | | | 45.00 |
| __7__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | 57,456.99 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    S/N:29730-050825   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Daniel H. Colby,**          Case No. _____
**Mary D. Colby**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CARDIOVASULAR ASSOCIATES** <br> **Dept 20 - 1027** <br> **P.O. Box 5940** <br> **Carol Stream, IL 60197** | | H | Medical | | | | 7,336.00 |
| Account No. <br><br> **CHASE MANHATTAN BANK** <br> **J. P. MORGAN CHASE & CO.** <br> **227 W. Monroe, Suite 2700** <br> **Chicago, IL 60606** | | J | Credit card | | | | 8,550.97 |
| Account No. **3375** <br><br> **CROSS COUNTRY BANK** <br> **c/o Nations Recovery** <br> **Atlanta, GA 30362** | | H | | | | | 970.05 |
| Account No. **xx-x2805** <br><br> **DUPAGE INTERNAL MEDICINE** <br> **350 W. Kensington Rd.** <br> **Suite 115** <br> **Mount Prospect, IL 60056** | | H | Medical | | | | 509.00 |
| Account No. **-2436** <br><br> **ELK GROVE CARDIOLOGY** <br> **520 E. 22nd St.** <br> **Lombard, IL 60148** | | H | Medical | | | | 84.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of          Subtotal          | 17,450.02 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Daniel H. Colby,**
       **Mary D. Colby**                                         Case No. _____
                                                          ,
                                   Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ELK GROVE LAB PHYSICIANS**<br>**Dept. 77-9154**<br>**Chicago, IL 60678** | H | | **Medical** | | | | 269.00 |
| Account No.<br><br>**ELK GROVE RADIOLOGY**<br>**75 Remittance Dr.**<br>**Suite 6500**<br>**Chicago, IL 60675** | J | | **Medical** | | | | 59.00 |
| Account No.<br><br>**ENPRO, INC.**<br>**121 S. Lombard**<br>**Addison, IL 60101** | H | | | | | X | 7,174.64 |
| Account No.<br><br>**FEMALE HEALTH CARE ASSOC.**<br>**201 E. Hurin # 11-105**<br>**Chicago, IL 60611** | W | | **Medical** | | | | 137.11 |
| Account No.<br><br>**GASTROENTEROLOGY ASSOCIATES**<br>**222 East Dundee Rd.**<br>**Wheeling, IL 60090** | H | | **Medical** | | | | 38.42 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 7,678.17

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Daniel H. Colby,**  
  **Mary D. Colby**                                      Case No. _____

_____,
                          Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **GREENLEAF LANDSCAPING** <br> **1663 Paul St.** <br> **Glendale Heights, IL 60139** | | W | | | | | | 240.00 |
| Account No. <br><br> **ICE MOUNTAIN SPRING WATER** <br> **2767 E. Imperial Hwy.** <br> **Brea, CA 92821** | | W | | | | | | 175.81 |
| Account No. <br><br> **KOHL'S** <br> **P.O. Box 3004** <br> **Milwaukee, WI 53201** | | W | | | | | | 1,062.70 |
| Account No. <br><br> **LASALLE BANK** <br> **c/o Telecheck Recovery Services** <br> **P.O. Box 17450** <br> **Denver, CO 80127** | | W | | | | | | 502.43 |
| Account No. <br><br> **MEA ELK GROVE LLC** <br> **900 Oakmont Lane** <br> **Suite 200** <br> **Westmont, IL 60559** | | J | | Medical | | | | 1,362.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)       3,342.94

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   **Daniel H. Colby,**
    **Mary D. Colby**

Case No. _____

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C — Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NATIONAL CITY BANK**<br>**9101 N. Greenwood**<br>**Niles, IL 60714** | | H | | | | | 2,000.00 |
| Account No.<br><br>**NORTHWEST COMMUNITY HOSPITAL**<br>**800 West Central Rd.**<br>**Arlington Heights, IL 60005** | | J | Medical | | | | 300.00 |
| Account No.<br><br>**NORTHWEST RADIOLOGY ASSOC.**<br>**641 E. Butterfield Rd.**<br>**Lombard, IL 60148** | | W | Medical | | | | 34.00 |
| Account No.<br><br>**NORTHWESTERN MEDICAL FACULTY FOUND.**<br>**680 N. Lake Shore Dr.**<br>**Suite 1000**<br>**Chicago, IL 60611** | | W | Medical | | | | 89.67 |
| Account No.<br><br>**NORTHWESTERN MEMORIAL HOSP.**<br>**251 E. Hurin St.**<br>**Chicago, IL 60611** | | J | Medical | | | | 80.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,503.67

Form B6F - Cont.
(12/03)

In re **Daniel H. Colby,**
      **Mary D. Colby**

Case No. _____

_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | J | Medical | | | X | |
| **PALATINE ENDODONTICS** **520 N. Hicks Rd.** **Suite # 110** **Palatine, IL 60067** | | | | | | | 610.00 |
| Account No. **xxxx & 0927** | | J | Credit card | | | | |
| **PROVIDIAN** **P.O. Box 99604** **Arlington, TX 76096** | | | | | | | 9,541.16 |
| Account No. | | W | Medical | | | | |
| **RADIOLOGY IMAGING CONSULTANTS** **P.O. Box 1886** **Harvey, IL 60426** | | | | | | | 47.58 |
| Account No. | | H | | | | | |
| **RICHARD WINER, CPA PC** **181 Waukegan Rd.** **Suite 301** **Winnetka, IL 60093** | | | | | | | 1,150.00 |
| Account No. | | W | Medical | | | | |
| **RUSH BEHAVIORAL SYSTEMS** **500 W. Central Rd.** **"Hi Fred"** **Mount Prospect, IL 60056** | | | | | | | 454.00 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

11,802.74

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Form B6F - Cont.
(12/03)

In re   **Daniel H. Colby,**
**Mary D. Colby**                                                                    Case No. _____

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **SBC** **c/o Asset Acceptance LLC** **P.O. Box 2036** **Warren, MI 48090** | J | | | | | | | | **129.95** |
| Account No. | | | | | | | | | |
| **STANLEY TECHNICAL CORP.** **3355 N. Ridge** **Arlington Heights, IL 60004** | H | | | | | | | X | **Unknown** |
| Account No. | | | | | | | | | |
| **T MOBILE** **P.O. Box 742596** **Cincinnati, OH 45274** | | W | | | | | | | **426.31** |
| Account No. | | | | | | | | | |
| **TRUE-GREEN CHEMLAWN** **P.O. Box 848** **Wheeling, IL 60090** | J | | | | | | | X | **154.00** |
| Account No. | | | | | Medical | | | | |
| **UNITED HEALTH CARE** **c/o D & B RMS** **77 Hartland St., Suite 401** **East Hartford, CT 06128** | J | | | | | | | | **368.14** |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                   **1,078.40**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re  **Daniel H. Colby,**
     **Mary D. Colby**
                                        Debtors

Case No. _____

,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **WAGENER EQUITIES** **1840 Industrial Dr.** **Libertyville, IL 60048** | | H | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __**7**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Total
(Report on Summary of Schedules)

**101,312.93**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re    **Daniel H. Colby,**                                        Case No. _____

        **Mary D. Colby**

_____,
                                     Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:   A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

In re    **Daniel H. Colby,**                                                    Case No. _____
         **Mary D. Colby**

_____,
                                    Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

_____0_____  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois

In re **Daniel H. Colby**
**Mary D. Colby**

Case No. _____

Debtor(s)    Chapter    **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,100.00** |
| Prior to the filing of this statement I have received | $ | **1,100.00** |
| Balance Due | $ | **0.00** |

2.  $ **194.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **October 15, 2005**

**/s/ JOSEPH E. COHEN**
**JOSEPH E. COHEN**
**COHEN & KROL**
**105 West Madison Street**
**Suite 1100**
**Chicago, IL 60602**
**312-368-0300**

---

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Daniel H. Colby**
**Mary D. Colby**
_____    Case No. _____
Debtor(s)    Chapter  **13** _____

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **46**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **October 15, 2005**
_____

**/s/ Daniel H. Colby**
_____
**Daniel H. Colby**
Signature of Debtor

Date:  **October 15, 2005**
_____

**/s/ Mary D. Colby**
_____
**Mary D. Colby**
Signature of Debtor

ADVOCATE LUTHERAN GENERAL HOSP.
1775 Dempster St.
Park Ridge, IL 60068


ADVOCATE MEDICAL GROUP
P.O. Box 92523
Chicago, IL 60675


ALEXIAN BROTHERS
800 Biesterfield Rd.
Elk Grove Village, IL 60007


ARMOR SYSTEMS CORP
2322 N. Greenbay Rd.
Waukegan, IL 60087


BLITT & GAINES
318 W. Adams Street
Suite 1600
Chicago, IL 60606


CARDIOVASULAR ASSOCIATES
Dept 20 - 1027
P.O. Box 5940
Carol Stream, IL 60197


CHASE MANHATTAN BANK
J. P. MORGAN CHASE & CO.
227 W. Monroe, Suite 2700
Chicago, IL 60606


COOK COUNTY TREASURER
118 N. Clark St.
Suite 112
Chicago, IL 60602


CROSS COUNTRY BANK
c/o Nations Recovery
Atlanta, GA 30362


DUPAGE INTERNAL MEDICINE
350 W. Kensington Rd.
Suite 115
Mount Prospect, IL 60056

ELK GROVE CARDIOLOGY
520 E. 22nd St.
Lombard, IL 60148


ELK GROVE LAB PHYSICIANS
Dept. 77-9154
Chicago, IL 60678


ELK GROVE RADIOLOGY
75 Remittance Dr.
Suite 6500
Chicago, IL 60675


ENPRO, INC.
121 S. Lombard
Addison, IL 60101


FEMALE HEALTH CARE ASSOC.
201 E. Hurin # 11-105
Chicago, IL 60611


GASTROENTEROLOGY ASSOCIATES
222 East Dundee Rd.
Wheeling, IL 60090


GREENLEAF LANDSCAPING
1663 Paul St.
Glendale Heights, IL 60139


ICE MOUNTAIN SPRING WATER
2767 E. Imperial Hwy.
Brea, CA 92821


ILL. DEPT. OF REVENUE
101 W. Jefferson Sr.
P.O. Box 19015
Springfield, IL 62794


INTERNAL REVENUE SERVICE
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati, OH 45250

INTERNAL REVENUE SERVICE
ACS Support - Stop 813G
P.O. Box 145566
Cincinnati, OH 45250


KOHL'S
P.O. Box 3004
Milwaukee, WI 53201


LASALLE BANK
c/o Telecheck Recovery Services
P.O. Box 17450
Denver, CO 80127


LEON ZELECHOWSKI
111 W. Washington
Suite 1437
Chicago, IL 60602


LITTON LOAN SERVICING LP
4828 Loop Central Dr.
Houston, TX 77081


LITTON LOAN SERVICING LP
4828 Loop Central Dr.
Houston, TX 77081


MEA ELK GROVE LLC
900 Oakmont Lane
Suite 200
Westmont, IL 60559


NATIONAL CITY BANK
9101 N. Greenwood
Niles, IL 60714


NORTHWEST COMMUNITY HOSPITAL
800 West Central Rd.
Arlington Heights, IL 60005


NORTHWEST RADIOLOGY ASSOC.
641 E. Butterfield Rd.
Lombard, IL 60148

NORTHWESTERN MEDICAL FACULTY FOUND.
680 N. Lake Shore Dr.
Suite 1000
Chicago, IL 60611


NORTHWESTERN MEMORIAL HOSP.
251 E. Hurin St.
Chicago, IL 60611


PALATINE ENDODONTICS
520 N. Hicks Rd.
Suite # 110
Palatine, IL 60067


PIERCE & ASSOC.
1 N. Dearbron St.
Suite 1300
Chicago, IL 60602


PROVIDIAN
P.O. Box 99604
Arlington, TX 76096


RADIOLOGY IMAGING CONSULTANTS
P.O. Box 1886
Harvey, IL 60426


REVENUE PRODUCTION MANAGEMENT
P.O. Box 830913
Birmingham, AL 35283


RICHARD WINER, CPA PC
181 Waukegan Rd.
Suite 301
Winnetka, IL 60093


RUSH BEHAVIORAL SYSTEMS
500 W. Central Rd.
"Hi Fred"
Mount Prospect, IL 60056


SANFORD KAHN LTD.
180 N. LaSalle St.
Suite 2025
Chicago, IL 60601

SBC
c/o Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090


STANLEY TECHNICAL CORP.
3355 N. Ridge
Arlington Heights, IL 60004


T MOBILE
P.O. Box 742596
Cincinnati, OH 45274


TRUE-GREEN CHEMLAWN
P.O. Box 848
Wheeling, IL 60090


UNITED HEALTH CARE
c/o D & B RMS
77 Hartland St., Suite 401
East Hartford, CT 06128


WAGENER EQUITIES
1840 Industrial Dr.
Libertyville, IL 60048