```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                              CASE NO. 05 B 60171
    DANIEL H COLBY
    MARY D COLBY                                    CHAPTER 13

                                                    JUDGE: JACK B SCHMETTERER

            Debtor
    SSN XXX-XX-3997    SSN XXX-XX-4880

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
        The case was filed on 10/15/2005 and was confirmed 04/26/2006.

        The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

        The case was dismissed after confirmation 02/04/2009.
-------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
-------------------------------------------------------------------------------
CAPITAL ONE                  UNSECURED           429.96          .00           .00
LITTON LOAN SERVICING        CURRENT MORTG          .00          .00           .00
LITTON LOAN SERVICING        MORTGAGE ARRE      5680.46          .00       5680.46
INTERNAL REVENUE SERVICE     SECURED          42000.00      2715.43      42000.00
INTERNAL REVENUE SERVICE     PRIORITY          9973.51          .00       4739.18
INTERNAL REVENUE SERVICE     UNSECURED         5412.04          .00           .00
ILLINOIS DEPT OF REVENUE     PRIORITY          7749.09          .00       3682.18
COOK COUNTY TREASURER        PRIORITY        NOT FILED          .00           .00
ADVOCATE LUTHERAN GENERA     UNSECURED       NOT FILED          .00           .00
AVOCATE MEDICAL GROUP        UNSECURED       NOT FILED          .00           .00
ALEXIAN BROTHERS MED CEN     UNSECURED       NOT FILED          .00           .00
ARMOR SYSTEMS CORP           UNSECURED       NOT FILED          .00           .00
CARDIOVASCULAR ASSOC         UNSECURED       NOT FILED          .00           .00
CHASE MANHATTAN BANK         UNSECURED       NOT FILED          .00           .00
DUPAGE INTERNAL MEDICINE     UNSECURED       NOT FILED          .00           .00
NATIONAL CAPITAL MGMT LL     UNSECURED          970.05          .00           .00
ELK GROVE CARDIOLOGY         UNSECURED       NOT FILED          .00           .00
ELK GROVE LAB PHYSICIANS     UNSECURED       NOT FILED          .00           .00
ELK GROVE RADIOLOGY          UNSECURED       NOT FILED          .00           .00
ENPRO                        UNSECURED       NOT FILED          .00           .00
FEMALE HEALTH CARE           UNSECURED       NOT FILED          .00           .00
GASTROENTEROLOGY ASSOC       UNSECURED       NOT FILED          .00           .00
GREENLEAF LANDSCAPING        UNSECURED       NOT FILED          .00           .00
ICE MOUNTAIN                 UNSECURED       NOT FILED          .00           .00
KOHL'S DEPARTMENT STORE      UNSECURED         1062.70          .00           .00
LASALLE BANK                 UNSECURED       NOT FILED          .00           .00
MEA ELK GROVE LLC            UNSECURED       NOT FILED          .00           .00
NATIONAL CITY BANK           UNSECURED       NOT FILED          .00           .00
NORTHWEST COMMUNITY HOSP     UNSECURED       NOT FILED          .00           .00
NORTHWEST RADIOLOGY ASSO     UNSECURED       NOT FILED          .00           .00
NORTHWESTERN MEDICAL FAC     UNSECURED       NOT FILED          .00           .00
NORTHWESTERN MEMORIAL HO     UNSECURED       NOT FILED          .00           .00
```

```
PALANTINE ENDODONTICS       UNSECURED       NOT FILED            .00                .00
PORTFOLIO RECOVERY ASSOC    UNSECURED        5246.20             .00                .00
RADIOLOGY IMAGING CONSUL    UNSECURED       NOT FILED            .00                .00
RICHARD WINER               UNSECURED         475.00             .00                .00
RUSH BEHAVIORAL SYSTEMS     UNSECURED       NOT FILED            .00                .00
ASSET ACCEPTANCE LLC        UNSECURED         123.45             .00                .00
STANLEY TECHNICAL CORP      UNSECURED       NOT FILED            .00                .00
T-MOBILE USA                UNSECURED         426.31             .00                .00
TRUE GREEN CHEMLAWN         UNSECURED       NOT FILED            .00                .00
UNITED HEALTH CARE          UNSECURED       NOT FILED            .00                .00
WAGENER EQUITIES            UNSECURED       NOT FILED            .00                .00
LVNV FUNDING LLC            UNSECURED        4357.85             .00                .00
ILLINOIS DEPT OF REVENUE    UNSECURED        2233.35             .00                .00
ILLINOIS DEPT OF REVENUE    PRIORITY         5966.58             .00                .00
ILLINOIS DEPT OF REVENUE    UNSECURED        1868.13             .00                .00
COHEN & KROL                DEBTOR ATTY          .00                                .00
TOM VAUGHN                  TRUSTEE                                           3,957.75
DEBTOR REFUND               REFUND                                                  .00
```

Summary of Receipts and Disbursements:

```
----------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE             62,775.00

PRIORITY                                      8,421.36
SECURED                                      47,680.46
   INTEREST                                   2,715.43
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                          3,957.75
DEBTOR REFUND                                      .00
                    ---------------          ---------------
TOTALS              62,775.00                62,775.00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                              /s/ Tom Vaughn
Dated: 03/05/09               _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE
```